1  SCOTT N. JOHNSON, ESQ., SBN 166952
2  Law Offices of SCOTT N. JOHNSON
   5150 FAIR OAKS BLVD., SUITE 101
3  PMB #253
   CARMICHAEL, CA 95608-5758
4  TELEPHONE (916) 485-3516
   TELEFAX (916) 485-3516
5
   Attorney for Plaintiff Scott N. Johnson
6

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,         )<br>                           )<br>        Plaintiff,        )<br>                           )<br>    vs.                    )<br>                           )<br>George Edward Bushman, individually and as )<br>TRUSTEE of the BUSHMAN 1985 Revocable )<br>Intervivos Trust; Ruth L. Bushman, )<br>individually and as TRUSTEE of the )<br>BUSHMAN 1985 Revocable Intervivos Trust; )<br>and DOES 1 through 10, inclusive, )<br>                           )<br>        Defendants.        )<br>_____) | **2:05-CV-00349-WBS-KJM**<br><br>**STIPULATED DISMISSAL and *Proposed* ORDER [FRCP 41(a)(1)]** |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this above-captioned action be and hereby dismissed with prejudice pursuant to FRCP 41 (a)(1).

1 **SO STIPULATED**

2 Dated:  May 2, 2005                    LAW OFFICE OF BRANT GIRARD

4                                          /S/ by Scott N. Johnson
                                         BRANT GIRARD, Attorney for Defendant
5                                        Ruth L. Bushman, individually and as
                                         TRUSTEE of the BUSHMAN 1985
6                                        Revocable Intervivos Trust

8 Dated:  May 2, 2005                      /s/ Scott N. Johnson
                                         SCOTT N. JOHNSON, Plaintiff, In Pro Per
9

11 **IT IS SO ORDERED**.

13 Dated: June 9, 2005

                                         _William B. Shubb_
                                         WILLIAM B. SHUBB
                                         UNITED STATES DISTRICT JUDGE